UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

CHARLES W. WAID,

                    Petitioner,

                                                                         DECISION AND ORDER

                                                                            07-CV-6176L

                    v.

SUPERINTENDENT JOHN BURGE,

                    Respondent.
_____

      By notice of motion petitioner seeks additional time to respond to the answer to the petition. Petitioner also moves for appointment of counsel (Dkt. #7).

      Although no response is necessary to the answer, I will give petitioner additional time within which to file additional materials in support of his petition. Petitioner is granted until July 20, 2007 within which to file additional papers.

## CONCLUSION

      Petitioner's motion for appointment of counsel (Dkt. #7) is denied. Petitioner's motion for extension of time to respond to the answer (Dkt. #8) is granted in part and denied in part. Petitioner is granted an extension until July 20, 2007 within which to file other papers. In all other respects, petitioner's motion is denied.

      IT IS SO ORDERED.

                                              _____
                                                    DAVID G. LARIMER
                                               United States District Judge

Dated: Rochester, New York
       June 13, 2007.